## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

DEANDRE KEITH WILLIAMS,
     Plaintiff,

v.              Case no.
               Hon.

Officer Matthew Fair (Official Capacity),
Officer Hussein Abdallah (Official     **JURY DEMAND**
Capacity),
     Defendants.

_____/

**WEBSTER LAW OFFICE, PLLC**
**Dionne E. Webster-Cox (P70422)**
Attorney for Plaintiff
24100 Southfield Road, Suite 100
Southfield, MI 48075
(734) 215-2444 / (734) 943-6069 – fax
DEWC@WebsterLawOfficePLLC.com

_____/

## COMPLAINT

Plaintiff, Deandre Keith Williams, by and through his attorney, Webster Law Office PLLC, states as follows for his complaint against Defendant Officers Matthew Fair and Hussein Abdallah.

## INTRODUCTION

This is a civil action arising from the unlawful arrest and excessive force used against Deandre Keith Williams during a traffic stop on July 20, 2022 near Greenfield and Eight Mile Road in Oakland County, the city of

Southfield, Michigan. Defendants are members of the Southfield Police Department and used excessive force when arresting Plaintiff Williams. The Defendants are sued for violations of Plaintiff Williams' rights under the United States Constitution.

## JURISDICTION AND VENUE

1. This Court has jurisdiction to hear the federal civil rights violations in this matter under 28 U.S.C §1331 and 28 U.S.C. §1343 (a)(3)-(4).

2. Venue is proper under 28 U.S.C. §1391 because the acts giving rise to this lawsuit occurred in the City of Southfield.

## PARTIES

1. Plaintiff is a resident of Oak Park, Michigan.

2. At all times relevant to the Complaint, Officers Matthew Fair and Hussein Abdallah were duly sworn police officers of the City of Southfield Police Department acting under color of law and within the scope of their employment. They are sued in their official capacity.

## STATEMENT OF FACTS

Plaintiff realleges the previous paragraphs.

3.   On July 20, 2022 near Greenfield and Eight Mile Road in Oakland County, the city of Southfield, Michigan, Defendants stopped Plaintiff Williams' vehicle for committing traffic violations.

4.   During the traffic stop, Plaintiff Williams complied with Officer Matthew Fair's orders and provided the identification requested.

5.   Upon returning to their patrol car and running a LEIN, the Defendants found that Plaintiff's driver's license was suspended. Defendants then radioed for back up.

6.   Defendant Matthew Fair returned to Plaintiff Williams' vehicle, opened the driver's side door, and ordered him out of the vehicle. Defendants allege that Plaintiff Williams did not obey his command and instead held on to his steering wheel.

7.   By this time, the backup officers were at Plaintiff's vehicle, assisting the Defendants.

8.   Defendants tased Plaintiff Williams at least three times then pulled him out of the vehicle to arrest him.

## CAUSE OF ACTION

**42 U.S.C. § 1983 – Fourth Amendment Violation Against Use of Excessive**

Plaintiff realleges the previous paragraphs.

9.  42 U.S.C. §1983 states that:

*Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress...*

10. Defendants Hussein Abdallah and Matthew Fair deprived Plaintiff Williams of his constitutionally protected right to be free from excessive force.

11. At least two officers were at the driver's side door and could have gotten Plaintiff Williams out of the car without the use of weapons because of his small stature. Instead, the Defendants tased Plaintiff at least three times.

12. The passenger in the car began to scream in fear of the excessive force being used against Plaintiff Williams.

13. Plaintiff Williams had to seek medical attention as a result of the repeated tasing to his person.

14. The body cam video and the Defendants' testimony in criminal case no. 22-S-00548-FY in the 46th District Court proves that the use of force by Defendants was excessive.

15. The reason for the stop was due to traffic violations. At no point did Plaintiff Williams pose a threat, engage in criminal activity, possess a weapon or drugs. Defendants' actions were excessive and a violation of Plaintiff's constitutionally protected rights.

16. To recover damages under 42 U.S.C. §1983, a plaintiff must establish that his Constitutional rights or laws under the United States were violated by a person acting "under color of state law." *West v Atkins*, 487 US 42, 48–49 (1988).

17. Officer Michael Fair was a duly sworn police officer of the City of Southfield Police Department, acting under color of law and within the scope of his employment.

18. Officer Hussein Abdallah was a duly sworn police officer of the City of Southfield Police Department, acting under color of law and within the scope of his employment.

19. Due to the violation of Plaintiff Williams' Fourth Amendment rights to be free from excessive force, he is entitled to compensatory damages.

20. Plaintiff Williams is further entitled to attorney's fees and costs pursuant to 42 U.S.C. § 1988 which states in part "that in any action or proceeding to enforce a provision of section 1983, the court may allow the prevailing party a reasonable attorney's fee as part of the costs."

WHEREFORE, Plaintiff Deandre Keith Williams seeks judgment against Officers Michael Fair and Hussein Abdallah in the amount of $100,000, punitive damages, plus attorney fees and costs.

Respectfully submitted,

/s/ Dionne E. Webster-Cox
**Dionne E. Webster-Cox (P70422)**
Webster Law Office, PLLC
24100 Southfield Road, Suite 100
Southfield, MI 48075
Date: February 26, 2024                    (734) 215-2444 / (734) 943-6069 – fax
DEWC@WebsterLawOfficePLLC.com